## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case Nos.:   3:09-bk-6247; 3:09-bk-6250; 3:09-bk-6252; 3:09-bk-6254 |
| M.D. MOODY & SONS, INC., et al., | ) | |
| EIN 59-0552036, | | Chapter 11 |
| | ) | |
| Debtors. | | Joint Administration Requested |
| _____ | ) | |

## DEBTORS' APPLICATION TO EMPLOY HURON CONSULTING SERVICES, LLC AS FINANCIAL ADVISOR

The Debtors[1] move the Court pursuant to §§ 327(a) and 328(a) of the Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") for permission to employ Huron Consulting Services, LLC ("Huron") as their financial advisor (the "Application"), and in support of this application state:

### Background

1.      On July 28, 2009 (the "Petition Date"), the Debtors each filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code.  The Debtors are continuing in possession of their properties and are managing their businesses, as debtors in possession, pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors are the following four entities:  M.D. Moody & Sons, Inc., Case No. 3:09-bk-6247, Moody Machinery Corporation, Case No. 3:09-bk-6250, Southeast Crane Parts, Inc., Case No. 3:09-bk-6252, and Moody Fabrication & Machine, Inc., Case No. 3:09-bk-6254.  The address for all of the Debtors is 4600 Philips Highway, Jacksonville, Florida 32207.

2.    M.D. Moody is a family owned construction equipment distributor headquartered at 4600 Phillips Highway, Jacksonville, Florida 32207.  M.D. Moody, established by Maxey D. Moody, Sr. in 1913, is the oldest family owned construction equipment distributor in the United States.  In 1949, Maxey D. Moody, Jr. succeeded his father as President of M.D. Moody and continued in that capacity until his death in 1987 when Maxey D. Moody, III took over as President of the company.  Maxey D. Moody, III continues to serve as Chief Executive Officer ("CEO"), and Elizabeth A. Nichols (aka Lisa Moody), Maxey D. Moody, III's daughter, has ascended to the position of President of M.D. Moody.

3.    The Debtors operate from facilities in Jacksonville, Florida, Pompano Beach, Florida, Ft. Myers, Florida, and Fairburn, Georgia and are distributors of new and used cranes and heavy equipment for Terex Cranes, Hyundai Construction Equipment, SANY America Cranes and Talbert Trailers.  The Debtors fleet of rental equipment includes crawler cranes, rough terrain cranes, hydraulic truck cranes, and barges for maritime operations.  The Debtors employ approximately 40 full-time employees at their Phillips Highway facility, and over 70 people overall.  For the years ended July 31, 2008 and 2007, the Debtors had revenues of $58,294,060 and $42,860,576, respectively.

**Requested Relief**

4.    By this Application, the Debtors seek authority pursuant to §§ 327 and 328 of the Bankruptcy Code to retain and employ Huron as their financial advisors *nunc pro tunc*

to the Petition Date, pursuant to the terms and conditions set forth in that certain engagement letter dated April 22, 2009, attached hereto as **Exhibit A**.

5.      The Debtors believe that it is in the best interest of their estates to retain outside consultants to provide objective criticism of current operations and make recommendations to improve profitability.  Huron will assist the Debtors by providing financial advisory advice, as further described below.  Huron and its professionals have extensive experience working with financially troubled companies in financial restructurings both in and out of court situations and in Chapter 11 cases.  The resources, capabilities and experience of Huron are crucial to the Debtors' successful restructuring.  As the Debtors' financial advisor, Huron will perform the following tasks:

(i)      Huron will assist the Debtors in evaluating operational and financial performance in the context of the difficult market conditions that currently exist. This will include development of a business plan, cash flow improvement, operational efficiency and effectiveness, financial forecasting and budgeting, and financial reporting to creditors and the Court.

(ii)      Huron will assist the Debtors with decisions affecting reorganization, management and business operations.

(iii)      Huron will assist the Debtors with respect to organizational planning to enhance the efficiency and effectiveness of the management team, workforce, agents and representatives.

(iv)      Huron will assist the Debtors with respect to the management of creditor relationships and cash management.

(v)    Huron will investigate and quantify all intercompany loans and transfers and will report such findings to the Debtors' counsel.

(vi)    Huron will provide litigation support for the Debtors and their counsel throughout these Chapter 11 cases, and will assist with the development and implementation of a plan of reorganization for the Debtors' respective estates.

6.    The Debtors have selected Huron as their prospective financial advisor because of Huron's recognized expertise in the field of business restructuring. Huron has substantial experience in assisting distressed companies. As a significant player in the restructuring arena, Huron also brings with it relationships that will provide the Debtors with access to outside investment capital.

7.    The primary professional designated by Huron to assist with this project is Jerome P. Loughren. Mr. Loughren has more than 27 years of senior management experience, and has served as chief restructuring officer, chief operating officer and chief executive officer of numerous companies. Mr. Loughren holds a Master of Business degree from Florida Southern College and a Bachelor of Science degree in Computer Science and Business Administration from the University of Florida. Most recently, Mr. Loughren completed a project involving the liquidation of a $170 million auto dealership. A copy of Mr. Loughren's resume is attached hereto as **Exhibit B**.

8.    Mr. Loughren will be assisted with this project by Mr. Ben Smith, who is also a director of Huron. Mr. Smith has more than 6 years of experience providing corporate turnaround, bankruptcy and financial advisory services. His experience has been in a wide variety of industries including automotive, transportation, airline, textiles, manufacturing and

healthcare.  Prior to joining Huron, Mr. Smith was an associate in the Business Recovery

Practice at PriceWaterhouseCoopers and FTI Consulting.  Mr. Smith holds a Masters of

Business Administration, Finance and Security Analysis from the University of Florida.  Mr.

Smith is a Certified Turnaround Professional and is a Certified Insolvency and Restructuring

Advisor.  He is also a member of the Association of Insolvency and Restructuring Advisors

and the Turnaround Management Association.  A copy of Mr. Smith's resume is attached as

**Exhibit C**.

9.        Both Mr. Loughren and Mr. Smith will perform their services under the

direction and supervision of Sanford R. Edlein.  Mr. Edlein has over 35 years of senior

management experience for numerous private and publically held companies.  Mr. Edlein

is certified by the ACTP as a Certified Turnaround Professional ("CTP"), a designation for

professionals in the industry who have met stringent standards of education, experience and

professional conduct developed by the ACTP Standards Committee.  Mr. Edlein holds a

Bachelors degree in Business Administration from the City University of New York.  He is

a Director of the American Bankruptcy Institute and a member of the Turnaround

Management Association.  Mr. Edlein is also a Certificated Public Accountant and is a

recipient of the Turnaround of the Year Award, given by Turnaround Management

Association.

10.        A copy of Huron's engagement letter, which is attached as Exhibit A, sets

forth the scope of Huron's responsibilities and compensation.  The Debtors and Huron have

agreed, subject to Court approval, that Huron will be compensated as set forth in the

Engagement Agreement.  Specifically, the Debtors will pay Huron hourly rates ranging from

$300 to $495.  Debtor will also reimburse Huron for its actual and necessary expenses. Huron's hourly rates are revised periodically in the ordinary course of business.  Huron's services will be charged at the rates that are in effect at the time services are rendered.  The Debtors have paid Huron a retainer in the amount of $20,000 on May 6, 2009.  Huron will submit weekly billings to the Debtors which will be paid by the Debtors, pending approval of Huron's fee applications in accordance with the Court's normal fee approval procedures.

11.     All of Huron's fees and expenses in these Chapter 11 cases relating to the services will be subject to approval of the Court upon proper application by Huron in accordance with §§ 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, the Local Rules of this Court and any orders of the Court, the fee and expense guidelines established by the United States Trustee, and all other applicable requirements.  Huron understands that payment of invoices for its work is governed by the Court and such procedures for filing fee statements and notice as may be applicable to the Debtors' chapter 11 cases.  Huron will file interim and final fee applications for the allowance of compensation for services rendered and reimbursement of expenses incurred in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable orders of the Court.

12.     To the best of the Debtors' knowledge: (a) Huron neither holds nor represents any interest adverse to the Debtors' estates; (b) Huron has had no affiliation with the Debtors, their creditors or any party in interest, or their respective attorneys and accountants, the United States Trustee, any person employed in the office of the United States Trustee, or the Bankruptcy Judge presiding over these cases; (c) Huron is a "disinterested person" within

the meaning of §§ 101(14) and 327(a) of the Bankruptcy Code, except as specifically disclosed more fully in the Affidavit of Sanford R. Edlein attached hereto as **Exhibit D**.

13.    Huron is scheduled to begin providing post-petition services to the Debtors beginning July 28, 2009.  The Debtors request that the order approving Huron be effective *nunc pro tunc* as of such date.

14.    Employment of Huron on the terms and conditions stated herein and in the Engagement Agreement is in the best interest of creditors and the Debtors' respective estates.

WHEREFORE, the Debtors respectfully request the entry of an order authorizing the retention and employment of Huron Consulting Services, LLC as their financial advisor and granting such other and further relief as is just and proper.

Dated this 28th day of July, 2009.

**STUTSMAN THAMES & MARKEY, P.A.**

*/s/ Richard R. Thames*
By_____
Richard R. Thames
Eric N. McKay

Florida Bar Number 0718459
Florida Bar Number 0010215
50 N. Laura Street, Suite 1600
Jacksonville, Florida  32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rrt@stmlaw.net
enm@stmlaw.net

Proposed attorneys for M.D. Moody & Sons, Inc., Moody Machinery Corporation, Southeast Crane Parts, Inc. and Moody Fabrication & Machine, Inc.