# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case Nos.: 3:09-bk-6247; 3:09-bk-6250; 3:09-bk-6252; 3:09-bk-6254 |
| M.D. MOODY & SONS, INC., et al.,[1] ) EIN 59-0552036, ) | Chapter 11 |
| ) Debtors. ) ) | Jointly Administered Under Case No. 3:09-bk-6247 |

## ORDER AUTHORIZING EMPLOYMENT OF HURON CONSULTING SERVICES, LLC AS DEBTORS' FINANCIAL ADVISOR

These jointly administered Chapter 11 cases are before the Court upon the application of debtors, M.D. Moody & Sons, Inc. ("M.D. Moody") and its affiliates, Moody Machinery Corporation, Southeast Crane Parts, Inc. and Moody Fabrication & Machine, Inc. (collectively, "Debtors"), requesting authority to employ Huron Consulting Services, LLC ("Huron") as their financial advisor. This Court is satisfied that Huron represents no material interest adverse to M.D. Moody in possession or to its estate in the matters upon which they are to be engaged and that their employment is necessary and would be in the best interest of the estate. Accordingly, it is ORDERED:

1. The Debtors are authorized to retain Huron, effective as of the Petition Date.

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M.D. Moody & Sons, Inc., (2036), Moody Machinery Corporation (5289), Southeast Crane Parts, Inc. (9906), and Moody Fabrication & Machine, Inc. (4900) (collectively, the "Debtors"). The address for all of the Debtors is 4600 Philips Highway, Jacksonville, Florida 32207.

2. All compensation for services rendered and costs advanced on behalf of the Debtors during these Chapter 11 cases shall be determined by the Court upon application in accordance with § 330 of the Bankruptcy Code.

DATED this 17 day of September 2009 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

Office of the United States Trustee
135 W. Central Boulevard, Room 620
Orlando, Florida 32801

Richard R. Thames, Esq.
Stutsman Thames & Markey, P.A.
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202

Mr. Jerome P. Loughren
Huron Consulting Services, LLC
12400 Coit Road, # 570
Dallas, Texas 75251

Rule 1007 (d) List of Creditors
   and Parties in Interest
73789